**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 135 WAL 2020
                                :
        Respondent          :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
        v.                  :
                                :
                                :
ZACHERY LAMAR THREATS,          :
                                :
        Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.